# Order

Michigan Supreme Court
Lansing, Michigan

July 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132630(95)(96)

VIP CUSTOMS BROKERAGE SERVICES,
INC., INTERNATIONAL VEHICLE
IMPORTERS, INC., WOLVERINE AUTO
PURCHASING, INC., ELECTRONIC
TECHNOLOGY CONVERSIONS, INC.,
INSTRUMENTATION TECHNOLOGIES, INC.,
and ONLINE SPEEDOMETER, INC.,
        Plaintiffs,
and

JOHNNY COOPER,
        Plaintiff/Counter-Defendant-Appellee,

v

ADESA IMPORTATION SERVICES, INC.,
and ADESA CORPORATION,
        Defendants/Counter-Plaintiffs-Appellants,
and

BRIAN J. WARNER,
        Defendant/Counter-Plaintiff.
_____

SC: 132630
COA: 259386
Genesee CC: 02-072517-CK

On order of the Chief Justice, motions by defendants-appellants and by plaintiff appellee for extension of the time for filing their supplemental briefs are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2007

_____
Clerk